STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT, v. JAMES REDMOND, DEFENDANT-PETITIONER.

Mr. *Stanley C. Van Ness* and Mr. *Barry G. Leveen,* for the petitioner.

Mr. *Joseph D. J. Gourley* and Mr. *Archibald Kreiger,* for the respondent.

May 12, 1970. Denied.

STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT, v. RICHARD RAYMOND HUNT, DEFENDANT-PETITIONER.

Mr. *Stanley C. Van Ness* and Mrs. *Mary Aurigemma,* for the petitioner.

Mr. *Joseph P. Lordi* and Mr. *Robert L. Podvey,* for the respondent.

May 12, 1970. Denied.

STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT, v. DAVID B. COLEMAN, DEFENDANT-PETITIONER.

Mr. *Stanley C. Van Ness,* and Mrs. *Rosemary K. Reavey,* for the petitioner.

Mr. *Guy W. Calissi* and Mr. *Frank L. Holstein,* Assistant Prosecutor, for the respondent.

May 12, 1970. Denied.